

Zachary Oliva | Associate
Direct 914.798.5441 | zoliva@goldbergsegalla.com

August 29, 2025

Magistrate Judge Cheryl L. Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza E
Brooklyn, NY 11201

    **Re:** **Nicholasi v. Sunbeam Products, Inc. and Newell Brands, Inc.**
       **Case No.: 1:23-cv-03882-LDH-CLP**

Dear Magistrate Judge Pollak:

  Goldberg Segalla represents Defendants Sunbeam Products, Inc. and Newell Brands, Inc. in the above-referenced products liability personal injury action assigned to the Court.

  This letter is submitted on behalf of all parties to the Court pursuant to its docket entry of July 15, 2025, directing the parties to provide the Court with a status update by August 29, 2025.

  The parties remain engaged in settlement discussions. However, based on the facts at issue in this case, Defendants have asked for further testing of the subject product prior to a second mediation. We are currently working with Plaintiff's counsel to schedule a date in September or early October depending on the availability of our expert. The parties have agreed to submit to the court either a date for a second mediation or an agreed-upon scheduling order after the testing of the product is completed.

           Respectfully Submitted,

           *Zach Oliva*
           Zachary Oliva

ZO:

**Please send mail to our scanning center at: PO Box 1020, Buffalo NY 14201**

**OFFICE LOCATION** 50 Main Street, Suite 425, White Plains, NY 10606-1934 | **PHONE** 914-798-5400 | **FAX** 914-798-5401 | **www.goldbergsegalla.com**
CALIFORNIA | CONNECTICUT | FLORIDA | ILLINOIS | NEW JERSEY | NEW YORK | NORTH CAROLINA | MARYLAND | MISSOURI | PENNSYLVANIA
IMANAGE\20014\1452\53006222.v1-8/29/25