## CIVIL MINUTE CALENDAR

**Before EDNY (<u>Brooklyn</u>), U.S. District Judge Ramón E. Reyes, Jr.**

**Courtroom 2E North**

**Date:** 9/09/2025                                **Time in Court:** 20 mins.

**Docket Number:** 23-cv-3882

**Case Title:** Nicholasi v. Sunbeam Products, Inc. et al.

**Court Reporter:** Avery Armstrong, ext. 2419 **FTR Log:** N/A

**Law Clerk:** MQF

**Plaintiff(s)/Petitioner represented by:** Sullivan Papin Block McManus Coffinas & Cannavo Coffinas by Amber Volz


**Defendant(s)/Respondent represented by:** Goldberg Segalla by Zachary D. Oliva


**Type of Hearing Held:** Status Conference

**Pending Motion(s):** N/A

**TEXT:**

Case called. Amber Volz appeared for Plaintiff. Zachary Oliva appeared for Defendants. Discussions held. All discovery shall be completed by **12/02/2025**. In-person final pre-trial conference set for **12/03/2025 at 10:30 a.m**. Tentative trial set for **1/26/2026.** NO EXTENSIONS OR ADJOURNMENTS WILL BE PERMITTED. For a copy of the transcript, contact Court Report Avery Armstrong at 718-613-2419.