UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

Amelia Nicholasi, as administrator of the estate of Lucy C. Nicholasi, deceased,

Plaintiff(s),

v.

Sunbeam Products, Inc. and Newell Brands, Inc.,

Defendant(s).

Case No.: 1:23-cv-03882

---------------------------------------------------------------X

## PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER

1. Date for completion of automatic disclosures required by Fed. R. Civ. P. 26(a)(1): __completed__ (before the initial conference, absent good cause)

2. No additional parties may be joined after: __12/31/2026__

3. No amendment of the pleadings will be permitted after: __12/31/2026__

4. Fact discovery shall be completed by: __04/30/2026__
   (generally 4–6 months after the initial conference)

5. The parties shall make required Rule 26(a)(2) disclosures, if any, for:

    (a)  expert witnesses on or before __05/15/2026__

    (b)  rebuttal expert witnesses on or before __06/30/2026__

6. All discovery, including expert dispositions, shall be completed by: __07/30/2026__ (presumptively 30 days after rebuttal expert disclosures and generally no more than 9 months after the initial conference)

7. The deadline to take the first step in dispositive motion practice shall be: __09/15/2026__ (*presumptively 30 days after the close of all discovery*)

8. Have the parties discussed the production of electronically stored information (ESI) and agreed on an ESI protocol? __N/A__ (*yes, no, n/a*)

9. Have the parties executed releases for medical or other records subject to discovery? __Yes__ (*yes, no, n/a*)

10. At what point (*e.g.*, as soon as possible, after document discovery, after party depositions, at the close of fact discovery) should the Court hold a settlement conference?

    __August, 2026.__

☐ Check if the parties wish to be referred to the EDNY's Court-annexed mediation program pursuant to Local Civil Rule 83.8 at this time.

☑ Check if all parties consent to the jurisdiction of U.S. Magistrate Judge Clay H. Kaminsky pursuant to 28 U.S.C. § 636(c) at this time.

The scheduling order, once entered at the initial conference, may be altered or amended only upon a showing of good cause not foreseeable as of the date thereof.

**PROPOSED BY:**

*Counsel for Plaintiff(s)*

Frank V. Floriani, Esq.
Sullivan Papain Block McManus Coffinas & Cannavo, P.C.
120 Broadway, 27th Floor
New York, New York 10271
(212) 732-9000

*Counsel for Defendant(s)*

Zachary Oliva, Esq.
Goldberg Segalla
50 Main Street, Suite 425
White Plains, New York 10606
(914) 798-5441