# SULLIVAN PAPAIN
## SULLIVAN PAPAIN BLOCK McMANUS COFFINAS & CANNAVO P.C.

| | | | | |
|---|---|---|---|---|
| Robert G. Sullivan | Eric K. Schwarz | 120 BROADWAY • NEW YORK • NEW YORK 10271 | Jessica P. Denninger | Danielle Goldfinger |
| Nicholas Papain | Elizabeth Montesano | TELEPHONE: (212) 732-9000 | Christopher J. DelliCarpini | Amber Volz |
| Vito A. Cannavo | Deanne M. Caputo | FACSIMILE: (212) 266-4141 | Ana-Marija Turkovic | Laura Raphael |
| John F. Nash | Liza A. Milgrim | SPBMC-NY@TrialLaw1.com | NallyAnn Scaturro | Nicole M. LaGrega |
| Frank V. Floriani | Thomas J. McManus | TrialLaw1.com | Jacqueline P. Lasker | Samantha Menicucci |
| Eleni Coffinas | Glenn W. Nick | PLEASE REPLY TO: | Joseph I. Rozovsky | Matthew L. Rubino |
| Hugh M. Turk | Mark A. Apostolos | | | |
| Albert B. Aquila | Craig M. Silverman | New York City Office | | |
| Brian J. Shoot | | | | |

Hon. Joseph N. Giamboi (*1925-2018*)
Michael N. Block (*1943-2024*)
Stephen C. Glasser
Paul F. Oliveri
*Of Counsel*

John M. Tomsky
Ina Pecani
*Counsel to the Firm*

Author's E-Mail Address:
ffloriani@triallaw1.com
Direct Telephone Line:
(212) 732-9000
Private Fax Line:
(212) 266-4156

January 29, 2026

Hon. Judge Clay H. Kaminsky
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza E
Brooklyn, New York 11201

Re:   Nicholasi v. Sunbeam Products, Inc. and Newell Brands, Inc.
      Case No.: 1:23-cv-03882-CHK

Sir:

This firm represents the plaintiff in the above products liability personal injury action assigned to the Court.

This letter is submitted with the consent of counsel for the defendants.

Pursuant to the Court's docket order of December 11, 2025 that the parties provide the Court with a joint status report on the above matter we respectfully advise the Court that the parties have agreed that the defendant Sunbeam Products, Inc. is to be produced for a deposition on or before March 15, 2026.

| SUFFOLK OFFICE | NASSAU OFFICE | NEW JERSEY OFFICE |
|---|---|---|
| 33105 Main Road, Cutchogue, New York 11935 | 1140 Franklin Avenue, Garden City, New York 11530 | 25 Main Street, Suite 602, Hackensack, New Jersey 07601 |
| TELEPHONE: (631) 734-2500 • FACSIMILE: (631) 734-2502 | TELEPHONE: (516) 742-0707 • FACSIMILE: (516) 742-7350 | TELEPHONE: (201) 342-0037 • FACSIMILE: (201) 342-6461 |
| SPBMC-LI@TrialLaw1.com | SPBMC-LI@TrialLaw1.com | SPBMC-NJ@TrialLaw1.com |

Thank you.

          Respectfully submitted,

          SULLIVAN PAPAIN BLOCK MCMANUS
          COFFINAS & CANNAVO P.C.

          By: _____
               Frank V. Floriani

FVF:cd
(110264)