## SULLIVAN PAPAIN

—— SULLIVAN PAPAIN BLOCK ——
MCMANUS COFFINAS & CANNAVO P.C.

120 BROADWAY • NEW YORK • NEW YORK 10271
TELEPHONE: (212) 732-9000
FACSIMILE: (212) 266-4141
SPBMC-NY@TrialLaw1.com
TrialLaw1.com

PLEASE REPLY TO:

New York City Office

| | | |
|---|---|---|
| Robert G. Sullivan | Eric K. Schwarz | Jessica P. Denninger / Laura Raphael |
| Nicholas Papain | Elizabeth Montesano | Christopher J. DelliCarpini / Nicole M. LaGrega |
| Vito A. Cannavo | Deanne M. Caputo | Ana-Marija Turkovic / Samantha Menicucci |
| John F. Nash | Liza A. Milgrim | Jacqueline P. Lasker / Evgenia Mallas |
| Frank V. Floriani | Thomas J. McManus | Joseph I. Rozovsky / Marvin Ponce |
| Eleni Coffinas | Glenn W. Nick | Danielle Goldfinger / Eleni Papastefanou |
| Hugh M. Turk | Mark A. Apostolos | Amber Volz |
| Albert B. Aquila | Craig M. Silverman | |
| Brian J. Shoot | | |

Hon. Joseph N. Giamboi (*1925-2018*)
Michael N. Block (*1943-2024*)
Stephen C. Glasser
Paul F. Oliveri
*Of Counsel*

John M. Tomsky
Ina Pecani
*Counsel to the Firm*

Author's E-Mail Address:
ffloriani@triallaw1.com
Direct Telephone Line:
(212) 732-9000
Private Fax Line:
(212) 266-4156

April 28, 2026

United States Magistrate Judge Clay H. Kaminsky
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    Nicholasi v. Sunbeam Products, Inc. and Newell Brands, Inc.
              Case No.: 1:23-cv-03882-CHK

Sir:

This firm represents Ameila Nicholasi, as administrator of the estate of Lucy Nicholasi, deceased, the plaintiff in the above products liability personal injury action assigned to the Court.

This letter is submitted with the consent of counsel for the defendants.

Pursuant to this Court's order of December 11, 2025 fact discovery is to be completed by April 30, 2026.

The parties have completed paper discovery, the deposition of plaintiff and one of her sisters as well as an inspection of the subject pressure cooker (which included a test of the product).

SUFFOLK OFFICE
33105 Main Road, Cutchogue, New York 11935
TELEPHONE: (631) 734-2500 • FACSIMILE: (631) 734-2502
SPBMC-LI@TrialLaw1.com

NASSAU OFFICE
1140 Franklin Avenue, Garden City, New York 11530
TELEPHONE: (516) 742-0707 • FACSIMILE: (516) 742-7350
SPBMC-LI@TrialLaw1.com

NEW JERSEY OFFICE
25 Main Street, Suite 602, Hackensack, New Jersey 07601
TELEPHONE: (201) 342-0037 • FACSIMILE: (201) 342-6461
SPBMC-NJ@TrialLaw1.com

SULLIVAN PAPAIN BLOCK McMANUS COFFINAS & CANNAVO P.C.

April 28, 2026
Page **2** of **2**

Plaintiff has served a Fed. R. Civ. Pro 30(b)(6) deposition notice on the defendant Sunbeam, however the parties have scheduled a second mediation[1] for June 22, 2026 and therefore we would respectfully request that the deadline for fact discovery be extended to July 31, 2026.

The parties would prefer to hold the deposition of Sunbeam after the mediation to avoid that cost prior to mediation. With the Court's permission, the parties are planning to proceed with the Sunbeam deposition in the middle of July in the event the case does not settle at the mediation.

Thank you and we appreciate the Court's indulgence in considering this application.

Respectfully submitted,

SULLIVAN PAPAIN BLOCK MCMANUS
COFFINAS & CANNAVO P.C.

By: _____
                Frank V. Floriani

FVF:cd
(110264)

---

[1] We were unable to resolve this action at a mediation held on June 19, 2025 when it turned out that the City of New York was asserting a lien for $698,051.32. The parties have had discussions since and have agreed to continue discussions at a second mediation.